# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **KIANA THOMAS,** | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO 4:23-cv-00157 |
| | § | |
| **LOWE'S HOME CENTERS, LLC, POLY CHIAHULSMIRO AND DOES 1 THROUGH 100,** | § | |
| Defendants | § | |

## MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT POLY CHIAHULSMIRO

**NOW COMES PLAINTIFF KIANA THOMAS**, (hereinafter referred to as "Plaintiff"), and files this Motion for Default Judgment against **DEFENDANT POLY CHIAHULSMIRO** and, in support hereof, respectfully shows the Court the following:

I.

1. Plaintiff filed suit against Defendant Poly Chiahulsmiro on February 22, 2022, seeking damages for an amount that exceeds $1,000,000.00 (ECF No. 1).

1

II.

2. Defendant Poly Chiahulsmiro was served by personal service on August 21, 2023 (ECF No. 36).

3. The citation with proof of service on Defendant Poly Chiahulsmiro has been on file with the Clerk of the Court since August 30, 2023, or more than 20 days, exclusive of the day of filing and the day of judgment (ECF No. 36).

4. Defendant Poly Chiahulsmiro has failed to appear or file an answer within the time allowed by law and has wholly made default.

5. Defendant Poly Chiahulsmiro is subject to personal jurisdiction and service of process of this Court.

6. Defendant Poly Chiahulsmiro is not an infant, incompetent person, or in active military service of the United States of America or its officers or agents.

III.

The following documents are attached to this Motion:

    1. Certificate of Last Known Mailing Address for Defendant Poly Chiahulsmiro [1];

    2. Affidavit in Support of Attorney's Fees[2].

---

[1] Certificate of Last Known Mailing Address for Poly Chiahulsmiro, Attached hereto as Exhibit "A".

[2] Affidavit of Plaintiff's Attorney Mark Robinius in Support of Attorney Fees, Attached hereto as Exhibit "B".

WHEREFORE, premises considered, Plaintiff, respectfully requests the Court to enter a Default Judgment against Defendant Poly Chiahulsmiro, for the following:

1. Damages in the sum of $1,000,000.00;
2. Attorney's Fees in the sum of $333,000.00 (based on 45% contingency Attorney fee agreement and to be deducted from the above damages);
3. Court Costs in the sum of $402.00;
4. Pre-Judgement interest at the rate of 5% per annum from June 24, 2023, the date Plaintiff filed this case to the date this that a Judgement is signed;
5. Post-Judgement interest at the rate of 15% compounded annually after the date that this Judgment is signed.

**Total Judgement Requested: $1,000,402.00 plus Pre/Post Judgement Interest**

Respectfully submitted,

**Robinius, Espinosa & Wietzel, LLC**

**By:**_____
**Mark Robinius**
**Texas State Bar No. 24025865**
**6060 North Central Expressway**
**Suite 212**
**Dallas, Texas 75206**
**Office: 972-487-3785**
**Fax: 972-205-9421**
**Email: RSHlawfirmllp@gmail.com**
**www.REWLAWGROUP.com**
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2023, this document was filed with the Clerk and that our office has mailed this document via Registered Mail Return Receipt Requested to the above-named Defendant's last known addresses.

_____
**Mark Robinius**

## CERTIFICATE OF CONFERENCE

I certify that I did not confer with opposing counsel on the merits of this motion due to inability to confer. Therefore, this matter is presented to the Court for determination.

_____
**Mark Robinius**