UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KIANA THOMAS | § |
| | § |
| v. | § CIVIL NO. 4:23-CV-157-SDJ |
| | § |
| LOWES COMPANIES, INC., ET AL. | § |

### ORDER

Before the Court is Plaintiff Kiana Thomas's Motion for Default Judgment Against Defendant Poly Chiahulsmiro.[1] (Dkt. #40). A movant must comply with the Fifth Circuit's three-step process before it may obtain a default judgment. *See N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). First, a party must be in default. That is, it must have failed to "plead or otherwise defend" itself in an action. FED. R. CIV. P. 55(a). Second, the Clerk must enter a default upon proper application by the movant. *See id.*; *N.Y. Life Ins. Co.*, 84 F.3d at 141. Third, the movant must apply for a judgment based on such default. *N.Y. Life Ins. Co.*, 84 F.3d at 141. Thomas skipped step two. Thus, her motion for default judgment will be denied.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant Poly Chiahulsmiro, (Dkt. #40), is **DENIED without prejudice**.

**So ORDERED and SIGNED this 6th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] The complaint spells this defendant's name at least three different ways: "Chiahulsmiro," "Chiahulamiro," and "Chiahulasmiro." (Dkt. #30). The Court will refer to this defendant as "Chiahulsmiro," as that is how his name is spelled in the caption.