UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KIANA THOMAS | § |
| | § |
| v. | § CIVIL NO. 4:23-CV-157-SDJ |
| | § |
| POLY CHIAHULSMIRO | § |

## **ORDER**

Plaintiff Kiana Thomas filed this action on February 28, 2023. (Dkt. #1). After Thomas failed to timely serve Defendant Poly Chiahulsmiro, the Court ordered Thomas to effect service by August 31, 2023, or face dismissal. (Dkt. #32). The summons was returned executed on August 30, 2023, indicating that Chiahulsmiro was served on August 21, 2023. Chiahulsmiro then failed to timely answer, and Thomas moved the Court to enter default judgment. (Dkt. #40). The Court denied the motion without prejudice because the Clerk had not entered default. (Dkt. #44). To date, Thomas has still not requested a Clerk's entry of default, despite the Court's warning that failure to do so may result in dismissal for want of prosecution. (Dkt. #45).

Therefore, the Court finds that Thomas's claims against Chiahulsmiro should be dismissed for want of prosecution. *See Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) ("A district court sua sponte may dismiss an action for failure to prosecute or to comply with any court order."); *see also Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164, 1167 (5th Cir. 1980) (explaining that courts may "sua sponte dismiss an action whenever necessary to achieve the orderly and expeditious disposition of cases" (cleaned up)).

1

It is therefore **ORDERED** that Thomas's claims against Chiahulsmiro are **DISMISSED without prejudice**. All motions by either party not previously ruled on are hereby **DENIED**.

**The Clerk is directed to close this civil case.**

**So ORDERED and SIGNED this 3rd day of June, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE